5/12/26

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NIGHAT MALIK ON HER OWN BEHALF AND
ON BEHALF OF HER MINOR DAUGHTER, JANE
KHAN,

Plaintiffs,

-against-

HALF HOLLOW HILLS CENTRAL SCHOOL
DISTRICT,

Defendant.

**STIPULATION OF DISMISSAL
WITH PREJUDICE**
Docket No. 25-cv-01324 (KAM)(ST)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys of record for Plaintiffs and Defendant, that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee and no person not a

party has an interest in the subject matter of the action, pursuant to Rule 41(a)(1)(ii) of the Federal

Rules of Civil Procedure, all claims asserted in this matter are hereby dismissed with prejudice,

without costs or attorneys' fees to any party as against another.

Dated: Carle Place, New York
        May 4, 2026

STOLL, GLICKMAN &
B          IEYS

By: _____

    Andrew Stoll
    *Attorneys for Plaintiffs*
    300 Cadman Plaza West, 12th Floor
    Brooklyn, NY 11201
    (718) 852- 3710

SOKOLOFF STERN LLP

By: _____

    Steven C. Stern
    *Attorneys for Defendant*
    179 Westbury Avenue
    Carle Place, NY 11514
    (516) 334-4500

SO ORDERED:

_____
U.S.D.J.